# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JUSTON POHL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **7:08CV5011** |
| | ) | |
| **COUNTY OF FURNAS, a Nebraska** | ) | **ORDER** |
| **Political Subdivision,** | ) | |
| | ) | |
| **Defendant.** | ) | |

For good cause shown,

**IT IS ORDERED** that defendant's Motion to Continue Planning Conference (Doc. 17) is granted, as follows:

1.     The planning conference now set for July 16, 2009 is continued to Thursday, **August 20, 2009 at 10:00 a.m.** by telephone conference initiated by plaintiff's counsel.

2.     The deadline for disclosing the names of expert witnesses who will likely testify at trial is suspended and will be re-set at the time of the August 20, 2009 planning conference.

**DATED July 10, 2009.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**