IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JUSTON POHL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **7:08CV5011** |
| | ) | |
| **COUNTY OF FURNAS, a Nebraska** | ) | **ORDER** |
| **Political Subdivision,** | ) | |
| | ) | |
| **Defendant.** | ) | |

After consultation with counsel,

**IT IS ORDERED** that a scheduling conference on plaintiff's Motion to Extend Deadlines and to transfer venue to Omaha (Filing 44) is set for **Thursday, March 4, 2010 at 1:00 p.m.** The conference will be held by telephone conference call initiated by plaintiff's counsel.

**DATED March 2, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**