# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTON POHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 7:08CV5011 |
| | ) | |
| COUNTY OF FURNAS, a Nebraska Political Subdivision, | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the defendant's Motion (#57) to extend the deadline for filing discovery motions to October 15, 2010, which is the deposition deadline. Plaintiff's counsel advised that the motion is unopposed.

    Paragraph 2(c) of the final progression order (#51) provides: "Discovery motions shall be filed not later than July 30, 2010 as to matters which are then ripe for decision; discovery matters arising after that date may be the subject of motions until the deposition deadline." One purpose for the interim deadline is to ensure that the schedule for filing motions for summary judgment is not delayed by discovery disputes. The deadline for filing motions for summary judgment is October 29, 2010.

    The court finds that the motion should be granted; however, the parties are strongly encouraged to file necessary discovery motions as they become ripe for decision, and prior to October 15, 2010, if possible.

**DATED July 29, 2010.**

                                              **BY THE COURT:**

                                              s/ F.A. Gossett
                                              **United States Magistrate Judge**