IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTON POHL, | ) | |
| | ) | |
| Plaintiff, | ) | 7:08CV5011 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF FURNAS, a Nebraska | ) | MEMORANDUM AND ORDER |
| Political Subdivision, | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff filed an Unopposed Motion for Enlargement of Time and Continuance of Trial Date requesting that the progression schedule for this case be continued, with the trial date continued to June 2011.   Filing No. 61.   The defendant filed an objection in response to plaintiff's motion. Filing No. 62.   The defendant objects to continuing the expert disclosure deadlines except as to plaintiff's expert Ronald Henson and any expert disclosed by the defendant to respond to Mr. Henson's opinion.  The plaintiff has not responded to the defendant's objection and the time for responding has expired.

Accordingly,

IT IS ORDERED that plaintiff's motion to continue, (filing no. 61), as modified or clarified by defendant's objection in response, (filing no. 62), is granted, and the final progression order is extended as follows:

a.   The plaintiff shall complete his retained expert disclosure for Ronald Henson, including disclosure of Mr. Henson's report, by November 15, 2010.  The defendant shall fully disclose any expert in response to Mr. Henson, including the expert's report, on or before December 15, 2010.

b.   The discovery and deposition deadline is January 15, 2011.  Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

c.   The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is January 29, 2011.

d.   Motions in limine shall be filed on or before May 16, 2011.

e.       The pretrial conference will be held before the undersigned magistrate judge on May 26, 2011 at 11:00 a.m.  One hour is allocated to this conference.  Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS  Word or WordPerfect format, by 5:00 p.m. on May 25, 2011, and the draft order shall conform to the requirements of the local rules.

f.       A non-jury trial is set to commence, at the court's call, during the week of June 21, 2011, in Omaha, Nebraska, before the Honorable Laurie Smith Camp, United States District Court Judge.

DATED this 5th day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge