IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTON POHL, | ) | |
| | ) | |
| Plaintiff, | ) | 7:08CV5011 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF FURNAS, a Nebraska Political Subdivision, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

After conferring with counsel today:

IT IS ORDERED:

1) The plaintiff's Motion to Extend Deposition and Discovery Deadlines, (filing no. 64), is granted, and the progression schedule is amended as follows:

   a. The discovery and deposition deadline is extended to March 15, 2011.

   b. The expert witness deadlines are extended as follows:

   Plaintiff's expert witness disclosures, including final reports, shall be served by December 6, 2010.

   Defendant's expert witness disclosures, including final reports, shall be served by January 6, 2011.

2) The pretrial conference and trial dates are unchanged.

DATED this 24th day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge