IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTON POHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 7:08cv5011 |
| vs. | ) | |
| | ) | ORDER |
| COUNTY OF FURNAS, A Nebraska Political Subdivision, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Text Reassignment Order (#75),

**IT IS ORDERED:** The pretrial conference is rescheduled to **Thursday, June 2, 2011, at 11:00 A.M.,** with Magistrate Judge F.A. Gossett, in chambers, Suite 2210, 111 South 18th Plaza, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

Dated this 3rd day of February 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge